**MARASHI LEGAL**

CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

February 14, 2022

BY E.C.F.
Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

       Re: *Sparks v. Holland, et al*
           19-cv-01269-MAD-ATB
       *Withdrawal of Motion to Compel Discovery Responses*

Your Honor:

     I represent Mr. Yusuf Sparks, Plaintiff in the above captioned case. I am writing to update the Court in response to the status report due today, February 14, 2022 with respect to the Plaintiff's August 31, 2021 conference request for a motion to compel (DKT #41), where Plaintiff requested a conference to make a Motion to Compel Defendants to respond under FRCP 37(a)(2)(B), and awarding reasonable attorneys fees, under FRCP 37(a)(5), including in making this motion.

   Plaintiff is withdrawing his Motion to Compel. While both parties continue discovery, counsel have an amicable working relationship, and recognize that the hardship of the past two years have led to delays that neither wanted. However, with cooperation and communication, the discovery schedule will move forward between parties. If there remains long delays in the future, or obviously, other issues requiring this Court's intervention, parties will keep the Court abreast of any such issues. Much thanks to for the time and attention to this issue.

                                          Respectfully submitted,

                                          _____/s/_____
                                          P. Jenny Marashi
                                          *For Plaintiff Yusuf Sparks*

*cc: Kasey Hildonen (by ECF)*